**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-4817

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICIA CREPEAU,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:07-cr-00242-LMB)

Submitted: January 17, 2008      Decided: January 23, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patricia Crepeau, Appellant Pro Se. Ryan Brandon Bolling, Paul Anthony Embroski, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Crepeau appeals the district court's order affirming the magistrate judge's dismissal of her pending criminal charge with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Crepeau</u>, No. 1:07-cr-00242-LMB (E.D. Va. Aug. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>